IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOXCHANGE LLC, | Case No.: 1:22-cv-05254 |
| Plaintiff, | |
| v. | Honorable Virginia M. Kendall |
| AVIDBOTS USA CORP., | PATENT CASE |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Moxchange LLC hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Moxchange LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1) with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| January 12, 2023 | Respectfully Submitted, |
| | /s/ David R. Bennett |
| | David R. Bennett |
| | Steven G. Kalberg |
| | Direction IP Law |
| | P.O. Box 14184 |
| | Chicago, IL 60614-0184 |
| | (312) 291-1667 |
| | dbennett@directionip.com |
| | skalberg@directionip.com |
| | *Attorney for Plaintiff Moxchange IP LLC* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 12, 2023, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

<pre>                              /s/ David R. Bennett
                              David R. Bennett</pre>